# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

MELISSA CORUM, )
        Plaintiff, )
vs. ) Case No. CIV-18-38-SM
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION, )
        Defendant. )

## ORDER

On January 17, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs be granted in part and denied in part. Plaintiff was advised of her right to object to the Report and Recommendation by February 6, 2018. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on January 17, 2018;
(2) GRANTS IN PART and DENIES IN PART plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [docket no. 2]; and
(3) ORDERS plaintiff to make the first $100.00 payment to the Court Clerk by March 1, 2018. Thereafter, plaintiff shall pay $50.00 on or before the first day of each month. Failure to pay the filing fee as directed may result in this matter being dismissed pursuant to the Federal Rules of Civil Procedure. The Court Clerk shall not issue process until at least $100.00 has been paid toward the filing fees in this matter.

**IT IS SO ORDERED this 8th day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE